**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                           CASE NO.  3:06cr21LAC

ARNOLD SYLVESTER LINDSAY, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __May 15, 2006__

Motion/Pleadings:__FIRST MOTION IN LMINE__

Filed by__DEFENDANT__ on __5/12/2006__ Doc.# __24__

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                        WILLIAM M. McCOOL, CLERK OF COURT

                        *s/Mary Maloy*

_____

LC (1 OR 2)               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of May, 2006, that:*

*(a) The relief requested is* **DENIED as MOOT.**

*(b) Defendant entered plea of guilty.*

                        s/*L.A. Collier*

                       **LACEY A. COLLIER**
               **Senior United States District Judge**

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.